# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SONRAI MEMORY LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>  Defendant. | Case No. 6:22-cv-00855<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF RELATED CASES

Plaintiff Sonrai Memory Ltd. ("Plaintiff" or "Sonrai") hereby notifies the Court that the following related cases are pending in the Western District of Texas:

1. *Sonrai Memory Limited v. LG Electronics Inc. et al.*, Case No. 6:21-cv-00187-ADA;

2. *Sonrai Memory Limited v. Google LLC*, Case No. 6:22-cv-00336-ADA-DTG;

3. *Sonrai Memory Limited v. Kingston Technology Company, Inc. et al.*, Case No. 6:21-cv-01284-ADA;

4. *Sonrai Memory Limited v. Western Digital Technologies, Inc.*, Case No. 6:21-cv-01168-ADA;

5. *Sonrai Memory Limited v. KIOXIA Corporation f/k/a Toshiba Memory Corporation et al.*, Case No. 6:21-cv-00400-ADA;

6. *Sonrai Memory Limited v. Apple Inc.*, Case No. 6:21-cv-00401-ADA;

7. *Sonrai Memory Limited v. Dell Technologies, Inc.*, Case No. 1:22-cv-00487-LY;

8. *Sonrai Memory Limited v. Dell Technologies, Inc.*, Case No. 6:22-cv-00188-ADA;

9. *Sonrai Memory Limited v. Kingston Technology Company, Inc. et al.*, Case No. 6:22-cv-00192-ADA; and

10. *Sonrai Memory Limited v. Apple Inc.*, Case No. 6:22-cv-00747-ADA.

Sonrai further notifies the Court that the following related cases have recently been dismissed from this Court:

11. *Sonrai Memory Limited v. Samsung Electronics Co., Ltd. et al.*, Case No. 6:21-cv-00169-ADA;

12. *Sonrai Memory Limited v. Samsung Electronics Co., Ltd. et al.*, Case No. 6:22-cv-00189-ADA; and

13. *Sonrai Memory Limited v. Amazon.com, Inc.*, Case No. 6:22-cv-00225-ADA.

Dated: August 16, 2022

Respectfully submitted,

*/s/ Reza Mirzaie*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Amy E. Hayden (CA SBN 287026)
ahayden@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Sonrai Memory Ltd.*