IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SONRAI MEMORY LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:22-CV-855-FB |
| | § | |
| MICRON TECHNOLOGY, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is the Unopposed Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint for Patent Infringement filed September 2, 2022 (docket #9).  Plaintiff advises that Defendant's current deadline to respond to its Complaint is September 7, 2022.  Plaintiff asks this Court to grant a forty-five (45) day extension, until October 24, 2022, for Defendant Micron Technology, Inc. to respond to Plaintiff's Complaint for Patent Infringement to allow Micron sufficient time to retain counsel and prepare its initial response.  The Court finds the unopposed motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint for Patent Infringement (docket #9) is GRANTED such that Defendant Micron Technology, Inc. shall have, as requested, until **Monday, October 24, 2022**, to answer, move, or otherwise respond to the Complaint for Patent Infringement Against Micron Technology, Inc. filed on August 16, 2022 (docket #1).

It is so ORDERED.

SIGNED this 7th day of September, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE