# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>        Defendant. | Case No.  6:22-cv-00855-ADA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF IPR PETITIONS

Pursuant to the Court's Order Governing Proceedings in Patent Cases, Plaintiff Sonrai Memory Limited respectfully notifies the Court of the following IPR Petitions filed by Micron Technology, Inc. ("Micron"):

- IPR2023-00904:  Micron filed an IPR petition relating to the claims of U.S. Patent No. 6,920,527 on May 8, 2023, which has yet to be afforded a filing date.  A decision whether to institute is expected approximately on November 8, 2023, and any final written decision is expected approximately on November 8, 2024.

- IPR2023-00909:  Micron filed an IPR petition relating to the claims of U.S. Patent No. 6,724,241 on May 8, 2023, which has yet to be afforded a filing date.  A decision whether to institute is expected approximately on November 8, 2023, and any final written decision is expected approximately on November 8, 2024.

2

Dated:  May 22, 2023

Respectfully submitted,

By: */s/ Brett Cooper*

Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (TX SBN 24066317)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com


**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Phone: (212) 951-0100

*Attorneys for Plaintiff Sonrai Memory Limited*

3

**CERTIFICATE OF SERVICE**

    I certify that this document is being served upon all counsel of record through the Court's CM/ECF system on May 22, 2023.

                                                            */s/ Brett Cooper*
                                                            Brett E. Cooper