UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC.,<br><br>        Defendant. | Case No.  6:22-cv-00855-ADA<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Plaintiff Sonrai Memory Limited files this motion to enter the parties' agreed Protective Order, which is attached hereto.

Dated:  June 6, 2023

Respectfully submitted,

*/s/ Brett Cooper*

Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com

**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Phone: (212) 951-0100

*Attorneys for Plaintiff Sonrai Memory Limited*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document is being served through CM/ECF on June 6, 2023.

                                        */s/ Brett Cooper*
                                        Brett Cooper